William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| KAREN JOHNSON, next best friend, OF MICHAEL CARTY, minor, AND KAREN JOHNSON, individually,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No. 3:06-cv-_____<br><br><br><br><br><br><br><br>**NOTICE OF REMOVAL FROM STATE COURT** |

TO:     The United States District Court
        For the District of Alaska

AND TO: Samuel J. Fortier, Esq.
        FORTIER & MIKKO, P.C.
        101 W. Benson Blvd., Suite 304
        Anchorage, AK 99503

You are hereby notified that, pursuant to 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446, the above defendant, WAL-MART STORES, INC., has this day filed in the United States District Court for the District of Alaska this Notice of Removal of the following action: *Karen Johnson, next best friend, Of Michael Carty, minor, and Karen Johnson, individually, v. Wal-Mart Stores, Inc.*, filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-06-07871 CI. You are also notified that the said defendant has filed a copy of this Notice with the Clerk of

the Superior Court for the Third Judicial District at Anchorage, and that said action has thereby been removed from the Superior Court to the United States District Court. *See* Exhibit A hereto ("Notice of Removal to United States District Court" w/o attachments).

The grounds for removal are as follows: Diversity of citizenship. 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446. Plaintiff is a resident of the State of Alaska (Complaint at P. 1); Defendant is an Arkansas corporation doing business in the State of Alaska.

Suit was filed by plaintiff in Alaska Superior Court, Third Judicial District at Anchorage, on or about May 9, 2006, and was served on defendant on May 15, 2006.

Based on the above, this Court has both original and removal jurisdiction over this action, and defendant is entitled to remove this action to this Court from the Superior Court for the State of Alaska.

DATED this 25th day of May, 2006.

LANE POWELL LLC
Attorneys for Defendant


By ___/s/ William A. Earnhart___
William A. Earnhart
LANE POWELL LLC
301 West Northern Lights Boulevard, Ste 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: earnhartw@lanepowell.com
ASBA 9411099

I certify that on May 25, 2006, a copy of the foregoing was served by mail on:

Samuel J. Fortier, Esq.
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Suite 304
Anchorage, AK 99503

___/s/ William A. Earnhart___
111655.0266/155293.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631