IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| KAREN JOHNSON, next best friend, Of MICHAEL CARTY, minor, AND KAREN JOHNSON, individually,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 3AN-06-07871 CI<br><br>**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** |

TO:　　　Clerk of Court
　　　　　Alaska Court System, Third Judicial District at Anchorage

AND TO:　Samuel J. Fortier, Esq.
　　　　　FORTIER & MIKKO, P.C.
　　　　　101 W. Benson Blvd., Suite 304
　　　　　Anchorage, AK 99503

　　　Please take notice that pursuant to the provisions of 28 U.S.C. § 1446(d) the Notice of Removal, a copy of which is attached hereto as Exhibit A, effecting the removal for all purposes of the above-captioned action, Case No. 3AN-06-07871 CI, to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, was filed by the defendant Wal-Mart Stores, Inc., on May 25, 2006, with the Clerk of the United States District Court for the District of Alaska.

　　　DATED this 25 day of May, 2006.

I certify that on May 25, 2006, a copy
of the foregoing was served by mail on:

Samuel J. Fortier, Esq.
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Suite 304
Anchorage, AK 99503

*Jean Pree*

111655.0266/155290.1

LANE POWELL LLC
Attorneys for Defendant

By _____
　　William A. Earnhart, ASBA 9411099

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511　Facsimile 907.276.2631

EXHIBIT  A
PAGE  1  OF  1