William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| KAREN JOHNSON, next best friend, OF MICHAEL CARTY, minor, AND KAREN JOHNSON, individually,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No. 3:06-cv-00124-TMB<br><br><br><br><u>**NOTICE OF FILING SERVICE LIST**</u> |

COMES NOW Defendant, by and through counsel of record, Lane Powell LLC, and pursuant to the Court's Order of May 26, 2006 [Docket 3), files this Notice of Filing Service List. Counsel for the parties are as follows:

Plaintiff:

Samuel J. Fortier, Esq.
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Suite 304
Anchorage, AK 99503
ASBA No. 8211115
Telephone: 907-277-4222
Facsimile: 907-277-4221
E-mail:

Defendant:

William A. Earnhart, Esq.
LANE POWELL LLC
301 W. Northern Lights Blvd., Ste 301
Anchorage, AK 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: earnhartw@lanepowell.com
ASBA No. 9411099

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

DATED this 30th day of May, 2006.

          LANE POWELL LLC
          Attorneys for Defendant

By   /s/ William A. Earnhart
    William A. Earnhart
    LANE POWELL LLC
    301 West Northern Lights Boulevard, Ste 301
    Anchorage, Alaska 99503-2648
    Telephone:   907-277-9511
    Facsimile:   907-276-2631
    E-mail: earnhartw@lanepowell.com
    ASBA 9411099

I certify that on May 30, 2006, a copy
of the foregoing was served by mail on:

Samuel J. Fortier, Esq.
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Suite 304
Anchorage, AK 99503

    /s/ William A. Earnhart

111655.0266/155357.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631