William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| KAREN JOHNSON, next best friend, OF MICHAEL CARTY, minor, AND KAREN JOHNSON, individually,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No. 3:06-cv-00124-TMB<br><br><br><br><br>**NOTICE OF FILING<br>STATE COURT RECORD** |

COMES NOW Defendant, by and through counsel of record, Lane Powell LLC, and pursuant to the Court's Order of May 26, 2006 [Docket 3), attaches hereto a full and complete copy of the State Court's file in *Karen Johnson, next best friend, of Michael Carty, minor, and Karen Johnson, individually . Wal-Mart Stores, Inc.,* Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-06-07871 CI:

A. Plaintiff    05/11/06   Complaint / Summons
B. Defendant   05/11/06   Entry of Appearance
C. Defendant   05/11/06   Demand For Jury Trial
D. Defendant   05/25/06   Notice of Removal To United States District Court

DATED this 30th day of May, 2006.

LANE POWELL LLC
Attorneys for Defendant


By /s/ William A. Earnhart
William A. Earnhart
LANE POWELL LLC
301 West Northern Lights Boulevard, Ste 301
Anchorage, Alaska 99503-2648
Telephone:   907-277-9511
Facsimile:   907-276-2631
E-mail: earnhartw@lanepowell.com
ASBA 9411099

I certify that on May 30, 2006, a copy
of the foregoing was served by mail on:

Samuel J. Fortier, Esq.
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Suite 304
Anchorage, AK 99503

   /s/ William A. Earnhart

111655.0266/155358.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631