IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

KAREN JOHNSON, next best friend, )
of MICHAEL CARTY, minor, AND )
KAREN JOHNSON, individually, )
)
      Plaintiffs, )
)
vs. )
)
WAL-MART STORES, INC., )
)
      Defendant. )
_____ ) Case No. 3AN-06-_____ Civil

### DEMAND FOR JURY TRIAL

COMES NOW, Plaintiffs, by and through undersigned counsel, and requests and demands a trial by jury on all issues triable of right by jury in the above-entitled cause.

RESPECTFULLY SUBMITTED this _11th_ day of May 2006.

FORTIER & MIKKO, P.C.
Attorneys for Plaintiff

By: _____
SAMUEL J. FORTIER
ABA No. 8211115

FORTIER & MIKKO, P.C., A PROFESSIONAL CORPORATION, 101 W. BENSON BLVD., SUITE 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222  FAX LINE (907) 277-4221

EXHIBIT _C_
PAGE _1_ OF _1_