William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
E-mail:  earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| KAREN JOHNSON, next best friend, OF MICHAEL CARTY, minor, AND KAREN JOHNSON, individually,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No. 3:06-cv-00124-TMB<br><br><br><br><br><br><br><br><br><br><br>**NOTICE OF COMPLIANCE** |

COMES NOW Defendant, Wal-Mart Stores, Inc., by and through counsel of record, Lane Powell LLC, and provides notice to the court and parties that said defendant has complied with the Court's Order To Petitioner Subsequent To Removal dated May 26, 2006 (Docket No. 3).

The Notice of Filing State Court Record and Notice of Filing Service List were filed May 30, 2006.

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

DATED this 30th day of May, 2006.

        LANE POWELL LLC
        Attorneys for Defendant


By  /s/ William A. Earnhart
    William A. Earnhart
    LANE POWELL LLC
    301 West Northern Lights Boulevard, Ste 301
    Anchorage, Alaska 99503-2648
    Telephone:   907-277-9511
    Facsimile:    907-276-2631
    E-mail:  earnhartw@lanepowell.com
    ASBA 9411099

I certify that on May 30, 2006, a copy
of the foregoing was served by mail on:

Samuel J. Fortier, Esq.
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Suite 304
Anchorage, AK 99503

    /s/ William A. Earnhart

111655.0266/155361.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631