William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys Third-Party Defendant Trustmark Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MELISSA VIRTUE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BETHEL GROUP HOME, INC.,<br><br>　　　　　Defendant.<br>BETHEL GROUP HOME, INC.,<br><br>　　Third-Party Plaintiff,<br><br>　v.<br><br>TRUSTMARK INSURANCE COMPANY;<br>TRUSTMARK LIFE INSURANCE COMPANY;<br>EMPLOYEE WELFARE BENEFIT PLAN<br>SM46761e0001 (The Plan); AND<br>STARMARKETING AND ADMINISTRATION,<br>INC.,<br><br>　　Third-Party Defendants. | **NOTICE OF CHANGE OF ADDRESS**<br><br><br>Case No.  4:05-cv-021-RRB |

**NOTICE OF CHANGE OF ADDRESS**

William A. Earnhart, counsel for third-party defendants, TRUSTMARK INSURANCE COMPANY; TRUSTMARK LIFE INSURANCE COMPANY; EMPLOYEE WELFARE BENEFIT PLAN SM46761e0001 (The Plan); AND STARMARKETING AND ADMINISTRATION, INC., hereby serves notice of his change of address to the following firm:

> William A. Earnhart
> RICHMOND & QUINN
> 360 "K" Street, Suite 200
> Anchorage, Alaska 99501
> Telephone: (907) 276-5727
> Facsimile: (907) 276-2953
> wearnhart@richmondquinn.com

DATED this 2nd day of June, 2006, at Anchorage, Alaska.

> RICHMOND & QUINN
> Attorneys for Third-Party
> Defendants
>
> By:   s/ William A. Earnhart
> RICHMOND & QUINN, PC
> 360 "K" Street, Suite 200
> Anchorage, Alaska 99501
> Ph: (907) 276-5727
> Fax: (907) 276-2953
> wearnhart@richmondquinn.com
> Alaska Bar. No. 9411099

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 2nd day of June, 2006 to:

Jim J. Valcarce
COOK ROOSA & VALCARCE
Box 409
Bethel, Alaska 99559-0409

Margaret Simonian
FRIEDMAN RUBIN & WHITE
1227 W. 9th Ave., 2nd Floor
Anchorage, Alaska 99501-3218

Richard Friedman
FRIEDMAN RIBIN & WHITE
1126 Highland Ave.
Bremerton, WA 98337-3218

Cynthia L. Ducey
DELANEY WILES HAYES GERETY ELLIS & YOUNG
1007 W. 3rd Ave., Ste. 400
Anchorage, Alaska 99501-1936

　　　/s/ William A. Earnhart_____
　　　RICHMOND & QUINN

2241\001\PLD\ADDRESS CHANGE