William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys Wal-Mart Stores, Inc.


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| KAREN JOHNSON, next best friend, OF MICHAEL CARTY, minor, AND KAREN JOHNSON, individually, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| WAL-MART STORES, INC., | ) ) |
| Defendant. | ) Case 3:06-cv-00124-TMB ) |

**NOTICE OF FILING INCORRECT PDF DOCUMENT IN ABOVE CASE**

Counsel for defendant WAL-MART STORES, INC., hereby serves notice of filing an incorrect PDF document titled Notice of Change of Address in the above case.  The correct document will be filed this date.

DATED this 5th day of June, 2006, at Anchorage, Alaska.

>RICHMOND & QUINN
>Attorneys for Defendant
>
>By: ____s/ William A. Earnhart____
>RICHMOND & QUINN, PC
>360 "K" Street, Suite 200
>Anchorage, Alaska 99501
>Ph: (907) 276-5727
>Fax: (907) 276-2953
>wearnhart@richmondquinn.com
>Alaska Bar. No. 9411099

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 5th day of June, 2006 to:

Samuel J. Fortier
FORTIER & MIKKO
101 W. Benson Blvd., Ste. 304
Anchorage, Alaska 99503

_____/s/ William A. Earnhart_____
RICHMOND & QUINN

2245\001\PLD\INCORRECT FILING