William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys Wal-Mart Stores, Inc.


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| KAREN JOHNSON, next best friend, OF MICHAEL CARTY, minor, AND KAREN JOHNSON, individually,<br><br>            Plaintiffs,<br><br>    v.<br><br>WAL-MART STORES, INC.,<br><br>            Defendant. | <br><br><br><br><br><br><br><br><br><br>Case 3:06-cv-00124-TMB |

**NOTICE OF CHANGE OF ADDRESS**

William A. Earnhart, counsel for defendant WAL-MART STORES, INC., hereby serves notice of his change of address to the following firm:

> William A. Earnhart
> RICHMOND & QUINN
> 360 "K" Street, Suite 200
> Anchorage, Alaska 99501
> Telephone:  (907) 276-5727
> Facsimile:  (907) 276-2953
> wearnhart@richmondquinn.com

DATED this 5th day of June, 2006, at Anchorage, Alaska.

                    RICHMOND & QUINN
                    Attorneys for Defendant

By:    s/ William A. Earnhart
     RICHMOND & QUINN, PC
     360 "K" Street, Suite 200
     Anchorage, Alaska 99501
     Ph: (907) 276-5727
     Fax: (907) 276-2953
     wearnhart@richmondquinn.com
     Alaska Bar. No. 9411099

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 5th day of June, 2006 to:

Samuel J. Fortier
FORTIER & MIKKO
101 W. Benson Blvd., Ste. 304
Anchorage, Alaska 99503

    /s/ William A. Earnhart
      RICHMOND & QUINN

2245\001\PLD\ADDRESS CHANGE

**NOTICE OF CHANGE OF ADDRESS**
JOHNSON, ET AL. v. WAL-MART STORES, CASE NO. 3:06-CV-00124-TMB
PAGE 2 OF 2