SCANNED

RECEIVED
FORTIER & MIKKO

William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| KAREN JOHNSON, next best friend, OF MICHAEL CARTY, minor, AND KAREN JOHNSON, individually,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No. 3:06-cv-_____<br><br><br><br><br><br><br><br>**NOTICE OF REMOVAL FROM STATE COURT** |

TO:     The United States District Court
        For the District of Alaska

AND TO: Samuel J. Fortier, Esq.
        FORTIER & MIKKO, P.C.
        101 W. Benson Blvd., Suite 304
        Anchorage, AK 99503

You are hereby notified that, pursuant to 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446, the above defendant, WAL-MART STORES, INC., has this day filed in the United States District Court for the District of Alaska this Notice of Removal of the following action: *Karen Johnson, next best friend, Of Michael Carty, minor, and Karen Johnson, individually, v. Wal-Mart Stores, Inc.*, filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-06-07871 CI. You are also notified that the said defendant has filed a copy of this Notice with the Clerk of

Exhibit 2
Page 1 of 4
FORTIER & MIKKO

the Superior Court for the Third Judicial District at Anchorage, and that said action has thereby been removed from the Superior Court to the United States District Court. *See* Exhibit A hereto ("Notice of Removal to United States District Court" w/o attachments).

The grounds for removal are as follows: Diversity of citizenship. 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446. Plaintiff is a resident of the State of Alaska (Complaint at P. 1); Defendant is an Arkansas corporation doing business in the State of Alaska.

Suit was filed by plaintiff in Alaska Superior Court, Third Judicial District at Anchorage, on or about May 9, 2006, and was served on defendant on May 15, 2006.

Based on the above, this Court has both original and removal jurisdiction over this action, and defendant is entitled to remove this action to this Court from the Superior Court for the State of Alaska.

DATED this 25th day of May, 2006.

LANE POWELL LLC
Attorneys for Defendant

By___/s/ William A. Earnhart___
William A. Earnhart
LANE POWELL LLC
301 West Northern Lights Boulevard, Ste 301
Anchorage, Alaska 99503-2648
Telephone:   907-277-9511
Facsimile:   907-276-2631
E-mail: earnhartw@lanepowell.com
ASBA 9411099

I certify that on May 25, 2006, a copy of the foregoing was served by mail on:

Samuel J. Fortier, Esq.
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Suite 304
Anchorage, AK 99503

___/s/ William A. Earnhart___
111655.0266/155293.1

Notice of Removal From State Court
*Karen Johnson, et al. v. Wal-Mart Stores, Inc.*          (Case No. 3:06-cv-_____)   Page 2 of 2

Exhibit __2__
Page __2__ of __4__
FORTIER & MIKKO

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

KAREN JOHNSON, next best friend,
Of MICHAEL CARTY, minor, AND
KAREN JOHNSON, individually,

Plaintiffs,

v.

WAL-MART STORES, INC.,

Defendant.

Case No. 3AN-06-07871 CI

**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

TO: Clerk of Court
Alaska Court System, Third Judicial District at Anchorage

AND TO: Samuel J. Fortier, Esq.
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Suite 304
Anchorage, AK 99503

Please take notice that pursuant to the provisions of 28 U.S.C. § 1446(d) the Notice of Removal, a copy of which is attached hereto as Exhibit A, effecting the removal for all purposes of the above-captioned action, Case No. 3AN-06-07871 CI, to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, was filed by the defendant Wal-Mart Stores, Inc., on May 25, 2006, with the Clerk of the United States District Court for the District of Alaska.

DATED this 25 day of May, 2006.

I certify that on May 25, 2006, a copy
of the foregoing was served by mail on:

Samuel J. Fortier, Esq.
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Suite 304
Anchorage, AK 99503

Jean Pree

111655.0266/155290.1

LANE POWELL LLC
Attorneys for Defendant

By _____
William A. Earnhart, ASBA 9411099

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

Exhibit 2
Page 3 of 15
FORTIER & MIKKO

EXHIBIT A
PAGE 1 OF 1

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Karen Johnson, next best friend, of Michael Carty, minor, and Karen Johnson, Individually

**DEFENDANTS**
Wal-Mart Stores, Inc.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** (EXCEPT IN U.S. PLAINTIFF CASES)
Alaska

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Bentonville, Arkansas
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Samuel J. Fortier, Esq.
Fortier & Mikko, P.C.
101 W. Benson Blvd., Suite 304
Anchorage, AK 99501
Telephone: 907-277-4222
Facsimile: 907-277-4221

**ATTORNEYS (IF KNOWN)**
William A. Earnhart, ASBA 9411099
Lane Powell LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-264-3325
Fax: 907-276-2631
E-mail: earnhartw@lanepowell.com

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity/Class Action Fairness Act (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**TORTS - PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS - PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth In Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 260 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- **HABEAS CORPUS:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 680 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (932)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS – Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/CC Rates/etc.
- ☐ 470 Deportation
- ☐ 810 Racketeer Influenced & Corrupt Organizations
- ☐ 850 Securities/ Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Diversity 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND In excess of $75,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: May 25, 2006

SIGNATURE OF ATTORNEY OF RECORD
/s/ William A. Earnhart

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

Exhibit 2
Page 4 of 4
FORTIER & MIKKO