# WAL★MART
ALWAYS LOW PRICES.
*Always*

```
WE SELL FOR LESS
MANAGER DAVID HARRIS
( 907 ) 563 - 5900
ST# 2070 OP# 00007018 TE# 14 TR# 07472
DR P/ 7UP   004300095271 F     1.38 N
                  SUBTOTAL     1.38
                     TOTAL     1.38
                 CASH TEND    20.00
                 CHANGE DUE   18.62
```

# # ITEMS SOLD 1

TC# 1223 2865 1802 9683 5102



Medicare Drug Coverage info at
http://www.walmart.com/medicare
10/07/05    19:00:05

CARTY 0003
Exhibit 3
Page 1 of 3
FORTIER & MIKKO

*(Receipt, rotated 90°:)*

**WAL★MART**
ALWAYS LOW PRICES.
*(signature: Always)*

WE SELL FOR LESS
MANAGER DAVID HARRIS
( 907 ) 563 - 5900
ST# 2070 OP# 00005706 TE# 67 TR# 01953
PRODUCT SERIAL # 84003703394754
POP# 464677470465189937083
CELL PHONE  061696000059      19.98 N
CARD #
00000000000000158070471
99 MINUTES
100MIN CARD 061696000002      29.58 N
                    SUBTOTAL   49.56
                       TOTAL   49.56
                   VISA TEND   49.56

ACCOUNT #5341
APPROVAL #09156B
TRANS ID -017528109998922?
VALIDATION -XRKG
PAYMENT SERVICE - E
              CHANGE DUE        0.00

# ITEMS SOLD 2

TC# 8567 5413 7925 4204 0735

*(signature)*

Medicare Drug Coverage Info at
http://www.walmart.com/medicare
     10/07/05        18:46:59

***CUSTOMER COPY***

CARTY 0002

Exhibit 3
Page 2 of 3
FORTIER & MIKKO



```
WAL*MART
ALWAYS LOW PRICES.
         Always
    WE SELL FOR LESS
  MANAGER DAVID HARRIS
    ( 907 ) 563 - 5900
ST# 2070 OP# 00005706 TE# 67 TR# 01952
CARD #
0000000000000001936547562
40 MINUTES    06169600001      18.92 N
40MIN CARD    8400370327081G
PRODUCT SERIAL # 160958547046518983708Z
POP#          0616960000059    19.98 N
CELL PHONE
            SUBTOTAL            38.90
               TOTAL            38.90
           CASH TEND            40.00
          CHANGE DUE             1.10

       # ITEMS SOLD 2

TC# 2601 6378 2456 3698 9276
Medicare Drug Coverage info at
http://www.walmart.com/medicare
         10/07/05        18:45:34
```

CARTY 0001

Exhibit 3
Page 3 of 3
FORTIER & MIKKO