Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Karen Johnson and Michael Carty

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KAREN JOHNSON, next best friend of MICHAEL CARTY, minor, and KAREN JOHNSON, individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | Case No. 3:06-cv-00124-TMB<br><br>**MOTION TO REMAND CASE TO THE ALASKA STATE COURT**<br>**(28 U.S.C. § 1447)** |

COMES NOW Karen Johnson, on her own behalf and on behalf of her son, Michael Carty, a minor, and hereby moves this Court for an order remanding this case to the Alaska State Court. This motion is supported by the attached Memorandum of Points and Authorities and Affidavit of Counsel.

DATED at Anchorage, Alaska, this 21st day of June, 2006.

>FORTIER & MIKKO, P.C.
>Attorneys for Karen Johnson
>and Michael Carty
>
>By: /s/ Samuel J. Fortier
>101 W. Benson Blvd., Suite 304
>Anchorage, AK 99503
>Phone: (907) 277-4222
>Fax: (907) 277-4221
>Email: sfortier@fortmikk.alaska.com
>ABA No. 8211115

**Certificate of Service**
I hereby certify that a true and correct copy of the following document has been sent electronically and via US mail this 21st day of June 2006.

William A. Earnhart
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501

/s/ Samuel J. Fortier

Motion to Remand Case to State Court　　2
*Johnson, et al. v. Wal-Mart,* Case No. 3:06-cv-00124-TMB