Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Karen Johnson and Michael Carty

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KAREN JOHNSON, next best friend of MICHAEL CARTY, minor, and KAREN JOHNSON, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 3:06-cv-00124-TMB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **AFFIDAVIT OF COUNSEL** <br> ) |

STATE OF ALASKA      )
                     ) ss
THIRD JUDICIAL DISTRICT )

SAMUEL J. FORTIER, being first duly sworn upon oath, deposes and states:

1. I am an attorney with the law firm of Fortier & Mikko, P.C., attorneys for Michael Carty and his mother, Karen Johnson.

2. I am attaching, as Exhibit 1 hereto, a true, accurate and complete copy of the Complaint in this matter.

3. I am attaching, as Exhibit 2 hereto, the Notice of Removal and Civil Cover Sheet filed by Wal-Mart in order to assert removal jurisdiction in this matter.

4. I am attaching as Exhibit 3, true, accurate, and complete copies of the receipts of the cell phone, calling card, and soda in this matter, which constitutes virtually all of the economic loss asserted, except counseling services provided to Mr. Carty and his mother following the incident.

5. Total economic damages include the $40 cell phone, between $300 to $500 in counseling sessions, and other miscellaneous expenses not amounting, in total, to in excess of $3,000.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED: 6/21/06                     FORTIER & MIKKO, P.C.
                                   Attorneys for Plaintiffs

                                   By:  /s/ Samuel J. Fortier
                                        101 W. Benson Blvd., Suite 304
                                        Anchorage, AK 99503
                                        Phone: (907) 277-4222
                                        Fax: (907) 277-4221
                                        Email: sfortier@fortmikk.alaska.com
                                        ABA No. 8211115

SUBSCRIBED AND SWORN to me this 21st day of June, 2006.

                                   /s/ Carol A. Borge
                                   Notary in and for Alaska
                                   My commission expires: 4/17/07

Affidavit of Counsel                        2
*Johnson, et al. v. Wal-Mart,* Case No. 3:06-cv-00124-TMB

**Certificate of Service**
I hereby certify that a true and correct copy of the following document has been sent electronically and via US mail this 21st day of June 2006 to.

William A. Earnhart
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501

/s/ Samuel J. Fortier

FORTIER & MIKKO, P.C. A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221

Affidavit of Counsel                    3
*Johnson, et al. v. Wal-Mart,* Case No. 3:06-cv-00124-TMB