SCANNED
RECEIVED
FORTIER & MIKKO

William A. Earnhart, ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| KAREN JOHNSON, next best friend, OF MICHAEL CARTY, minor, AND KAREN JOHNSON, individually, <br><br> Plaintiffs, <br><br> v. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | Case No. 3:06-cv-_____ <br><br><br><br><br><br><br><br> **NOTICE OF REMOVAL FROM STATE COURT** |

TO:     The United States District Court
         For the District of Alaska

AND TO:  Samuel J. Fortier, Esq.
         FORTIER & MIKKO, P.C.
         101 W. Benson Blvd., Suite 304
         Anchorage, AK 99503

You are hereby notified that, pursuant to 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446, the above defendant, WAL-MART STORES, INC., has this day filed in the United States District Court for the District of Alaska this Notice of Removal of the following action: *Karen Johnson, next best friend, Of Michael Carty, minor, and Karen Johnson, individually, v. Wal-Mart Stores, Inc.*, filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-06-07871 CI. You are also notified that the said defendant has filed a copy of this Notice with the Clerk of

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

Exhibit __2__
Page __1__ of __4__
FORTIER & MIKKO

the Superior Court for the Third Judicial District at Anchorage, and that said action has thereby been removed from the Superior Court to the United States District Court. *See* Exhibit A hereto ("Notice of Removal to United States District Court" w/o attachments).

The grounds for removal are as follows: Diversity of citizenship. 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446. Plaintiff is a resident of the State of Alaska (Complaint at P. 1); Defendant is an Arkansas corporation doing business in the State of Alaska.

Suit was filed by plaintiff in Alaska Superior Court, Third Judicial District at Anchorage, on or about May 9, 2006, and was served on defendant on May 15, 2006.

Based on the above, this Court has both original and removal jurisdiction over this action, and defendant is entitled to remove this action to this Court from the Superior Court for the State of Alaska.

DATED this 25th day of May, 2006.

> LANE POWELL LLC
> Attorneys for Defendant
>
> By  /s/ William A. Earnhart
> William A. Earnhart
> LANE POWELL LLC
> 301 West Northern Lights Boulevard, Ste 301
> Anchorage, Alaska 99503-2648
> Telephone:  907-277-9511
> Facsimile:  907-276-2631
> E-mail: earnhartw@lanepowell.com
> ASBA 9411099

I certify that on May 25, 2006, a copy of the foregoing was served by mail on:

Samuel J. Fortier, Esq.
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Suite 304
Anchorage, AK 99503

  /s/ William A. Earnhart
111655.0266/155293.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

Notice of Removal From State Court
*Karen Johnson, et al. v. Wal-Mart Stores, Inc.*     (Case No. 3:06-cv-_____)     Page 2 of 2

Exhibit  2
Page  2  of  4
FORTIER & MIKKO

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

KAREN JOHNSON, next best friend,
Of MICHAEL CARTY, minor, AND
KAREN JOHNSON, individually,

                    Plaintiffs,

v.

WAL-MART STORES, INC.,

                    Defendant.

Case No. 3AN-06-07871 CI

**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

TO:      Clerk of Court
           Alaska Court System, Third Judicial District at Anchorage

AND TO:  Samuel J. Fortier, Esq.
           FORTIER & MIKKO, P.C.
           101 W. Benson Blvd., Suite 304
           Anchorage, AK 99503

Please take notice that pursuant to the provisions of 28 U.S.C. § 1446(d) the Notice of Removal, a copy of which is attached hereto as Exhibit A, effecting the removal for all purposes of the above-captioned action, Case No. 3AN-06-07871 CI, to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, was filed by the defendant Wal-Mart Stores, Inc., on May 25, 2006, with the Clerk of the United States District Court for the District of Alaska.

DATED this 25 day of May, 2006.

I certify that on May 25, 2006, a copy
of the foregoing was served by mail on:

Samuel J. Fortier, Esq.
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Suite 304
Anchorage, AK 99503

*Jean Pree*

111655.0266/155290.1

LANE POWELL LLC
Attorneys for Defendant

By _____
William A. Earnhart, ASBA 9411099

Exhibit 2
Page 3 of 15
FORTIER & MIKKO

EXHIBIT A
PAGE 1 OF 1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

JS-44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Karen Johnson, next best friend, of Michael Carty, minor, and Karen Johnson, Individually

**DEFENDANTS**
Wal-Mart Stores, Inc.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)
Alaska

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Bentonville, Arkansas
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Samuel J. Fortier, Esq.
Fortier & Mikko, P.C.
101 W. Benson Blvd., Suite 304
Anchorage, AK 99501
Telephone: 907-277-4222
Facsimile: 907-277-4221

**ATTORNEYS (IF KNOWN)**
William A. Earnhart, ASBA 9411099
Lane Powell LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Tel: 907-264-3325
Fax: 907-276-2631
E-mail: earnhartw@lanepowell.com

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity/Class Action Fairness Act (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury – Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury – Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce/CC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement Judgment | [ ] 330 Federal Employers Liability | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 470 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 810 Racketeer Influenced & Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 850 Securities/ Commodities/ Exchange |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [x] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 680 Other | | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth In Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 891 Agricultural Acts |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 892 Economic Stabilization Act |
| [ ] 195 Contract Product Liability | | [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (932) | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 894 Energy Allocation Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | | [ ] 864 SSID Title XVI | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **HABEAS CORPUS:** | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 890 Other Statutory Actions |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | | [ ] 871 IRS – Third Party 26 USC 7609 | |
| [ ] 260 All Other Real Property | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Diversity 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND: In excess of $75,000
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [x] YES [ ] NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: May 25, 2006
SIGNATURE OF ATTORNEY OF RECORD: /s/ William A. Earnhart

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

Exhibit 2
Page 4 of 4
FORTIER & MIKKO