

**WAL★MART**
ALWAYS LOW PRICES.
*Always*

```
        WE SELL FOR LESS
       MANAGER DAVID HARRIS
         ( 907 ) 563 - 5900
ST# 2070 OP# 00007018 TE# 14 TR# 07472
DR P/ 7UP    004300095271 F    1.38 N
                    SUBTOTAL    1.38
                       TOTAL    1.38
                   CASH TEND   20.00
                   CHANGE DUE  18.62

       # ITEMS SOLD 1

   TC# 1223 2865 1802 9683 5102
```



```
   Medicare Drug Coverage Info at
    http://www.walmart.com/medicare
         10/07/05    19:00:05
```

CARTY 0003

Exhibit 3
Page 1 of 3
FORTIER & MIKKO

```
WAL*MART
ALWAYS LOW PRICES.
      [signature] Always

    WE SELL FOR LESS
   MANAGER DAVID HARRIS
      ( 907 ) 563 - 5900
ST# 2070 OP# 00005706 TE# 67 TR# 01953
PRODUCT SERIAL # 84003703394754
POP# 464677470465189937083
CELL PHONE   061696000059    19.98 N
  CARD #
  00000000000000158070471
  99 MINUTES
100MIN CARD 061696000002    29.58 N
                  SUBTOTAL    49.56
                     TOTAL    49.56
                 VISA TEND    49.56
ACCOUNT #5341
APPROVAL #09156B
TRANS ID -01752810999989227
VALIDATION -XRKG
PAYMENT SERVICE - E
                CHANGE DUE     0.00

       # ITEMS SOLD 2

TC# 8567 5413 7925 4204 0735

        [signature]

Medicare Drug Coverage Info at
http://www.walmart.com/medicare
    10/07/05      18:46:59
      ***CUSTOMER COPY***
```

CARTY 0002

Exhibit 3
Page 2 of 3
FORTIER & MIKKO



```
WAL*MART
ALWAYS LOW PRICES.
          Always

WE SELL FOR LESS
MANAGER DAVID HARRIS
( 907 ) 563 - 5900
ST# 2070 OP# 00005706 TE# 67 TR# 01952
CARD #
0000000000000001936547 56
40 MINUTES    06169 6000001    18.92 N
40MIN CARD    840037 03270816
PRODUCT SERIAL # 16095854704651898937082
POP#   06169 6000059              19.98 N
CELL PHONE    SUBTOTAL             38.90
              TOTAL                38.90
              CASH TEND            40.00
              CHANGE DUE            1.10

# ITEMS SOLD 2

TC# 2601 6378 2456 3698 9276
Medicare Drug Coverage info at
http://www.walmart.com/medicare
10/07/05                      18:45:34
```

CARTY 0001

Exhibit 3
Page 3 of 3
FORTIER & MIKKO