Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Karen Johnson and Michael Carty

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KAREN JOHNSON, next best friend of MICHAEL CARTY, minor, and KAREN JOHNSON, individually, | ) ) ) ) |
| Plaintiffs, | ) Case No. 3:06-cv-00124-TMB ) |
| vs. | ) ) |
| WAL-MART STORES, INC., | ) **ORDER ON** ) **MOTION TO REMAND CASE** |
| Defendant. | ) **TO THE ALASKA STATE COURT** ) **(28 U.S.C. § 1447)** |

IT IS SO ORDERED:

This case is hereby remanded.

DATED: _____.

By:_____
The Honorable Timothy Burgess
Federal District Court Judge

**Certificate of Service**
I hereby certify that a true and correct copy of the following document has been sent electronically and via US mail this 22nd day of June 2006.

William A. Earnhart
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501

/s/ Samuel J. Fortier

Order on Motion to Remand Case to State Court    2
*Johnson, et al. v. Wal-Mart,* Case No. 3:06-cv-00124-TMB