Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Karen Johnson and Michael Carty

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KAREN JOHNSON, next best friend of MICHAEL CARTY, minor, and KAREN JOHNSON, individually, | ) ) ) ) |
| Plaintiffs, | ) Case No. 3:06-CV-00124-TMB |
| vs. | ) ) ) |
| WAL-MART STORES, INC., | ) **STIPULATION TO REMAND CAUSE** |
| Defendant. | ) ) |

COMES NOW, the parties, through counsel, and hereby stipulate that this cause, previously removed from the Superior Court for the State of Alaska, may, and shall be remanded to the District Court for the State of Alaska at Anchorage.

RESPECTFULLY SUBMITTED at Anchorage, Alaska.

FORTIER & MIKKO, P.C.
Attorneys for Karen Johnson
and Michael Carty

DATED: June 28, 2006     By: /s/ Samuel J. Fortier
    101 W. Benson Blvd., Suite 304
    Anchorage, AK 99503
    Phone: (907) 277-4222
    Fax: (907) 277-4221
    Email: sfortier@fortmikk.alaska.com
    Alaska Bar No. 8211115


RICHMOND & QUINN
Attorneys for Defendant Wal-Mart Stores, Inc.

DATED: June 28, 2006     By /s/ William A. Earnhart
    360 K Street, Suite 200
    Anchorage, AK 99501
    Phone: (907) 276-5727
    Fax#: (907) 276-2953
    Email: wearnhart@richmondquinn.com
    Alaska Bar No. 9411099